| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |
| LINDA PARKER, ET AL : <br> : <br> Plaintiffs, : <br> : <br> v.    : <br> : <br> NATIONSTAR MORTGAGE, LLC (DBA : <br> MR. COOPER), ET AL : <br> : <br> Defendants. : | C. A. No. PC-2022-00032 |

## NOTICE TO STATE COURT OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), the following defendants,

- Nationstar Mortgage, LLC d/b/a Mr. Cooper;

- The Bank of New York Mellon Trust Company, N.A. as successor in interest to all permitted successors and assigns of JP Morgan Chase Bank, National Association as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan, Asset-Backed Certificates, Series 2005-BC4;

- The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA8;

- The Bank of New York Mellon Trust f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-FA5;

- The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-FA11;

- The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-AA12;

- The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA3;

- The Bank of New York Mellon as Trustee for Nationstar Home Equity Loan Trust 2007-C;

- The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Pass-Through Certificates series FHAMS 2005-AA9;

- The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA10;

- Wells Fargo Bank, National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FM1;

- Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-5;

- Wilmington Trust Company, as Trustee for Structured Asset Securities Mortgage Pass-Through Certificates, Series, 2005-4XS;

- Wilmington Trust, National Association, as Trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-1; and

- Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

(collectively "Defendants"), give notice to the Superior Court of Rhode Island that Defendants' Notice of Removal was filed with the United States District Court for the District of Rhode Island on February 4, 2022. A copy of Defendants' Notice of Removal is attached hereto as **Exhibit A**.

DEFENDANTS[1] ,
By their Attorneys,

/s/ Krystle G. Tadesse, Esq.
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
Jeffrey C. Ankrom (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI  02903
(401)-274-9200
(401) 276-6611 (Fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com
jeffrey.ankrom@lockelord.com

February 4, 2022

---

[1] Nationstar Mortgage, LLC d/b/a Mr. Cooper; The Bank of New York Mellon Trust Company, N.A. as successor in interest to all permitted successors and assigns of JP Morgan Chase Bank, National Association as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan, Asset-Backed Certificates, Series 2005-BC4;
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA8;
The Bank of New York Mellon Trust f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-FA5;
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-FA11;
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-AA12;
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA3;
The Bank of New York Mellon as Trustee for Nationstar Home Equity Loan Trust 2007-C;
The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Pass-Through Certificates series FHAMS 2005-AA9;
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA10;
Wells Fargo Bank, National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FM1;
Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-5;
Wilmington Trust Company, as Trustee for Structured Asset Securities Mortgage Pass-Through Certificates, Series, 2005-4XS;
Wilmington Trust, National Association, as Trustee to Citibank, N.A. as Trustee to Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-1;
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2022, I filed this document through the electronic filing system and served a copy by first class mail, postage prepaid, on the following parties:

Todd S. Dion, Esq.
681 Park Avenue, Suite 24
Cranston, RI 02910

     The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Krystle G. Tadesse, Esq.*

103656150v.1